# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

___Northern_______ Division

Jerry Griffith

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jim Griffith and L.Wesley Broadhead
(see attachments for additional defendants document 22)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:26-cv-976-KHJ-LGI
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 10 2026
ARTHUR JOHNSTON
BY ________ DEPUTY

## COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jerry Griffith |
| Street Address | 619 Pine St |
| City and County | Ruleville,Sunflower |
| State and Zip Code | Mississippi,38771 |
| Telephone Number | 769-239-0072 |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Allen Moore/ Offical Capacity |
| Job or Title *(if known)* | Deputy Simpson County Sheriff Department |
| Street Address | 111 West Pine Ave, Suite 2 |
| City and County | Mendenhal,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-2921 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Allen Moore/ Official Capacity |
| Job or Title *(if known)* | |
| Street Address | 111 West Pine Ave, Suite 2 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-2921 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Joyce Hicks/ Individual Capacity |
| Job or Title *(if known)* | Justice Court Clerk |
| Street Address | 1498 Simpson Hwy 149 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-5848 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Joyce Hicks/ Official Capacity |
| Job or Title *(if known)* | |
| Street Address | 1498 Simpson Hwy 149 |
| City and County | Menenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-5848 |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | Michael Andrews/ Offical Capacity |
| Job or Title *(if known)* | Animal Control Officer |
| Street Address | 111 W Pine Ave/P.O. Box 308/1496 Simpson Hwy 149 |
| City and County | Mendenhall, Simpson |
| State and Zip Code | Mississippi,38771 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Michael Andrews/Indivdual |
| Job or Title *(if known)* | |
| Street Address | 111 W Pine Ave |
| City and County | Mendenhall, Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Chris Wallace/Offical Capacity |
| Job or Title *(if known)* | Lt. investigator |
| Street Address | 1496 Simpson Hwy 149 |
| City and County | Mendenhal, Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-2955 ext3 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Chris Wallace/Indivdual |
| Job or Title *(if known)* | |
| Street Address | 1496 Simpson Hwy 149 |
| City and County | Mendenhall, Simpson |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | Danny Welch/official capacity |
| Job or Title *(if known)* | City Attorney |
| Street Address | 224 Main St N |
| City and County | Mendenhall, Simpson |
| State and Zip Code | Mendenhal, 39114 |
| Telephone Number | 601-847-2626 |
| E-mail Address *(if known)* | tgray@co.simpson.ms.us |

Defendant No. 2

| | |
|---|---|
| Name | Danny Welch/Indivdual Capacity |
| Job or Title *(if known)* | |
| Street Address | 224 Main St N |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mendenhall, 39114 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Tim Gray/ official capacity |
| Job or Title *(if known)* | Chancery Clerk |
| Street Address | P.O Box 367 |
| City and County | Mendenhall, Sipmson |
| State and Zip Code | Mendenhall and 39114 |
| Telephone Number | 601-847-7016 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Tim Gray / Individual Capacity |
| Job or Title *(if known)* | |
| Street Address | P.O.Box 367 |
| City and County | Mendenhall, Simpson |
| State and Zip Code | Mendenhall,39114 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | Jim Griffith |
| Job or Title *(if known)* | |
| Street Address | 4702 Norway Drive |
| City and County | Jackson, Hinds County |
| State and Zip Code | Mississippi, 39206 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Griffith Holding & Financial Services,LLC |
| Job or Title *(if known)* | Registered Agent Jim Griffith and Member |
| Street Address | 4702 Norway Drive |
| City and County | Jackson, Hinds County |
| State and Zip Code | Mississippi, 39206 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | L.Wesley Broadhead |
| Job or Title *(if known)* | |
| Street Address | P.O Box 446 |
| City and County | Mendenhall, Simpson |
| State and Zip Code | Mississippi, 39114 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | L.Wesley Broadhead,LTD |
| Job or Title *(if known)* | Incorporator/ Director,President L.Wesley Broadhead |
| Street Address | 320 Elm St, |
| City and County | Mendenhall, Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | Paul Mullins/ Offical capacity |
| Job or Title *(if known)* | Sheriff |
| Street Address | 1498 Simpson Hwy 149 |
| City and County | Mendenhall,Sipmson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-5848 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | L.Wesley Broadhead/ Offical Capacity |
| Job or Title *(if known)* | Prosecutor |
| Street Address | 1498 Simpson Hwy 149 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-5848 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | L.Wesley Broadhead/ Individual Capacity |
| Job or Title *(if known)* | |
| Street Address | 1498 Simpson Hwy 149, |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-5848 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Paul Mullin/ Individual Capacity |
| Job or Title *(if known)* | |
| Street Address | 1496 Simpson Hwy,149 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | The District 1 Supervisor/ Official Capacity |
| Job or Title *(if known)* | Supervisor Distrcit 1 |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendednhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-1418 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | The District 2 Supervisor/ Official Capacity |
| Job or Title *(if known)* | Supervisor District 2 |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendenhall, Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-1418 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | The District 3 Supervisor/ Official Capacity |
| Job or Title *(if known)* | Supervisor District 3 |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-1418 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | The District 4 Supervisor/ Official Capacity |
| Job or Title *(if known)* | Supervisor District 4 |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mendenhall,39114 |
| Telephone Number | 601-847-1418 |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | Allen Moore/ Offical Capacity |
| Job or Title *(if known)* | Deputy Simpson County Sheriff Department |
| Street Address | 111 West Pine Ave, Suite 2 |
| City and County | Mendenhal,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-2921 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Allen Moore/ Official Capacity |
| Job or Title *(if known)* | |
| Street Address | 111 West Pine Ave, Suite 2 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-2921 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Joyce Hicks/ Individual Capacity |
| Job or Title *(if known)* | Justice Court Clerk |
| Street Address | 1498 Simpson Hwy 149 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-5848 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Joyce Hicks/ Official Capacity |
| Job or Title *(if known)* | |
| Street Address | 1498 Simpson Hwy 149 |
| City and County | Menenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-5848 |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | Charlie Westmoreland/ Official Capacity |
| Job or Title *(if known)* | Supervisor District 5 |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Charlie Westmoreland/ Individual Capacity |
| Job or Title *(if known)* | |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | The Supervisor of District 5 / Official Capacity |
| Job or Title *(if known)* | Supervisor |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | The Supervisor of District 5 / Individual Capacity |
| Job or Title *(if known)* | |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | Mitchell Chatman/ Offical Capacity |
| Job or Title *(if known)* | District 1 supervisor |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendenhal,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-1418 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Danny Craft/ Offical Capacuty |
| Job or Title *(if known)* | District 2 supervisor |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-1418 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Wayne Womack/ Offical Capacity |
| Job or Title *(if known)* | District 3 supervisor |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-1418 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Donny Welch/ Individual Capacity |
| Job or Title *(if known)* | District 4 supervisor |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-1418 |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | Mitchell Chatman/ Individual Capacity |
| Job or Title *(if known)* | District 1 supervisor |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendenhal,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-1418 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Danny Craft/ Indivdual Capacuty |
| Job or Title *(if known)* | District 2 supervisor |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-1418 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Wayne Womack/ Indivdual Capacity |
| Job or Title *(if known)* | District 3 supervisor |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-1418 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Donny Welch / official Capacity |
| Job or Title *(if known)* | District 4 supervisor |
| Street Address | 111 West Pine Avenue, Suite 2 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-1418 |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | The Sheriff of Simpson County, Mississippi/ Official Capacity |
| Job or Title *(if known)* | Sheriff |
| Street Address | 1496 Simpson Hwy, 149 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-5848 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | The Prosecutor Justice Court Simpson County, Mississippi |
| Job or Title *(if known)* | Prosecutor (Official Capacity) |
| Street Address | 1498 Simpson Hwy 149 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi, 39114 |
| Telephone Number | 601-847-5848 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | The Justice Court Clerk of Simpson County, Mississippi |
| Job or Title *(if known)* | Clerk (Official Capacity) |
| Street Address | 1498 Simpson Hwy 149 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | The Justice Court Deputy Clerk of Simpson,County Mississippi |
| Job or Title *(if known)* | Deputy Clerk (Official Capacity) |
| Street Address | 1498 Simpson Hwy 149 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi, 39114 |
| Telephone Number | 601-847-5848 |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | The Sheriff of Simpson County, Mississippi/ Individual Capacity |
| Job or Title *(if known)* | Sheriff |
| Street Address | 1496 Simpson Hwy, 149 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-5848 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | The Prosecutor Justice Court Simpson County, Mississippi |
| Job or Title *(if known)* | Prosecutor (Individual Capacity) |
| Street Address | 1498 Simpson Hwy 149 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi, 39114 |
| Telephone Number | 601-847-5848 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | The Justice Court Clerk of Simpson County, Mississippi |
| Job or Title *(if known)* | Clerk (Individual Capacity) |
| Street Address | 1498 Simpson Hwy 149 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | The Justice Court Deputy Clerk of Simpson,County Mississippi |
| Job or Title *(if known)* | Deputy Clerk (Individual Capacity) |
| Street Address | 1498 Simpson Hwy 149 |
| City and County | Mendenhall,Simpson |
| State and Zip Code | Mississippi, 39114 |
| Telephone Number | 601-847-5848 |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | Michael Andrews/ Offical Capacity |
| Job or Title *(if known)* | Animal Control Officer |
| Street Address | 111 W Pine Ave/P.O. Box 308/1496 Simpson Hwy 149 |
| City and County | Mendenhall, Simpson |
| State and Zip Code | Mississippi,38771 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Michael Andrews/Indivdual Capacity |
| Job or Title *(if known)* | |
| Street Address | 111 W Pine Ave |
| City and County | Mendenhall, Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Chris Wallace/Offical Capacity |
| Job or Title *(if known)* | Lt. investigator |
| Street Address | 1496 Simpson Hwy 149 |
| City and County | Mendenhal, Simpson |
| State and Zip Code | Mississippi,39114 |
| Telephone Number | 601-847-2955 ext3 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Chris Wallace/Indivdual Capacity |
| Job or Title *(if known)* | |
| Street Address | 1496 Simpson Hwy 149 |
| City and County | Mendenhall, Simpson |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C 1983 see complaint for additonal

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

______________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

see complaint

______________________

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

see complaint

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/10/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Jerry Griffith

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______

Attachment
22

The Parties Are:

a. Plaintiff Jerry Griffith a resident of Sunflower County, Ms 38771

1. Defendant: Jim Griffith a resident of Hinds County, Ms 39206

2. Defendant: Griffith Holding & Financial Services,LLC

3. Defendant: L.Wesley Broadhead a resident of Simpson County, Ms 39114

4. Defendant L. Wesley Broadhead,LTD

5.Defendant: Paul Mullins / Official Capacity

6. Defendant: Paul Mullins/ Individual Capacity

7. Defendant: L.Wesley Broadhead, Prosecutor Simpson County, Mississippi/ Official Capacity

8. Defendant: L.Wesley Broadhead, Individual Capacity for Action as Prosecutor

9. Defendant: Tim Gray/ Official Capacity

10. Defendant: Tim Gray / Individual Capacity

11.Defendant: Chris Wallace / Official Capacity

12. Defendant: Chris Wallace / Individual Capacity

13. Defendant: Michael Andrews / Official Capacity

14. Defendant: Michael Andrews / Individual Capacity

15 Defendant: The Sheriff of Simpson, County Mississippi / Official Capacity

16. Defendant: The Sheriff of Simpson County, Mississippi / Individual Capacity

17. Defendant: The Prosecutor of Simpson County, Mississippi / Individual Capacity

18. Defendant: The Justice Court Clerk of Simpson County, Mississippi / Official Capacity

19. Defendant: The Deputy Clerk of Simpson County, Mississippi / Individual Capacity

20. Defendant:
21. Defendant:
22.Defendant:

23. Defendant: Joyce Hicks Justice Court Clerk of Simpson County, Mississippi/ Official Capacity

24. Defendant: Joyce Hicks / Individual Capacity

25. Defendant: Mitchel Chapman District 1 Supervisor Simpson County, Mississippi/ Official Capacity

26. Defendant: Danny Craft District 2 Supervisor Simpson County, Mississippi/ Official Capacity

27. Defendant: Wayne Womack District 3 Supervisor Simpson County, Mississippi/ Official Capacity

28. Defendant: Donny Welch District 4 Supervisor Simpson County, Mississippi/ Official Capacity

29. Defendant: Charlie Westmoreland District 5 Supervisor Simpson County, Mississippi/ Official Capacity

30. Defendant: The District 1 Supervisor of Simpson County, Mississippi/ Official Capacity

31. Defendant: The District 2 Supervisor of Simpson County, Mississippi/ Official Capacity

32. Defendant: The District 3 Supervisor of Simpson County, Mississippi/ Official Capacity

33. Defendant: The District 4 Supervisor of Simpson County, Mississippi/ Official Capacity

34. Defendant: The District 5 Supervisor of Simpson County, Mississippi/ Official Capacity

35. Defendant: The Prosecutor in Simpson County, Mississippi/ Official Capacity

36. Defendant: Mitchell Chatman District 1 Supervisor Simpson County
37. Defendant: Danny Craft District 2 Supervisor Simpson, County Mississippi

38. Defendant: Wayne Womack District 3 Supervisor of Simpson County, Mississippi

39. Defendant: Donny Welch District 4 Supervisor Simpson County

40. Defendant: Charlie Westmoreland District Supervisor 5 Simpson County

41. Defendant: Allen Moore Simpson County Mississippi Sheriff Deputy

Attachment 22 Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI/NORTHERN DISTRICT**

Jerry Griffith Plaintiff

vs. Civil Action___________________

L.Wesely Broadhead, Jim Grififth, L.Wesley Broadhead,LTD, Griffith Holding and Financial Service,LLC, and The Simpson Board of Supervisors, Tim Gray, The Sheriff of Simpson County, The Prosecutor of Simpson County Mississippi, The Justice Court Clerk and the Deputy Clerk and Michael Andrews and The Animal Control Officer, Chris Wallace,Paul Mullins, Joyce Hicks, Mitchell Chapman, Danny Craft, Wayne Womack, Donny Welch,Charlie Westmoreland are defendants in official and individual capacity.

Comes Now, plaintiff Jerry Griffith by and through 'pro se' files this complaint for damages and relief for violation of 42 U.S.C. 1983 for unlawful seizure of business property and conspiring to deprived of rights under the color of law and for violation of due process. The Defendants are liable under 42 U.S.C. 1983

Miss. Code 15-1-49 specifically states that (1) All action for which no other period of limitation is prescribed shall be commenced within (3) years next after the cause of action accrued, and not after. (2) In action for which no other period of limitation is prescribed and which involve latent injury or disease, the cause of action does not accrue until the Plaintiff has discovered, or by reasonable diligence should have discovered, the injury. Miss. Code applies to this action by the Plaintiff (Jerry Griffith)/ see Covington Cnty. Bank v. Magee No. 2014-IA-00783-SCT, 177 So. 3d 826, and Stockstill v. Gammill 2004-CA-02193-SCT, 943 So. 2d and Angle v. Koppers,Inc 42 So. 3d 1.

**JURISDICTION**

This Court has subject matter jurisdiction pursuant to 28 U.S.C. 1331 this action as rise under federal law, especially 42 U.S.C.1983 and pursuant to 42 U.S.C. 1985(2) and pursuant to 1985(2) and pursuant to 28 U.S.C. 1343

**VENUE**

The Federal Court for Southern District is the proper venue under 28 U.S.C. 1391, the defendant named in this civil action is employees of Simpson County Mississippi and the State of Mississippi and all other defendants are resident of the State of Mississippi and the facts and allegation of this complaint occurred in Simpson County Mississippi and the Defendant Jim Griffith is a Resident of Hinds County, Mississippi and the Defendant L.Wesley Broadhead is a resident of Simpson County, Mississippi and the defendants L.Wesley Broadhead and Griffith Holding & Financial Services,LLC are incorporated in Mississippi

This complaint arise under U.S. constitution, Federal Statutes 42 U.S.C. 1983 Federal Question

This complaint is filed against the Defendants (Simpson County,Mississippi Employees and State Mississippi Employees) in their Official Capacity and Individual Capacity for 42 U.S.C. 1983 violations and due process violations under the color of law. Attachment 23

1.The Defendant Jim Griffith, Griffith Holding & Financial Services,LLC obtained land deeds that were in the name of Jerry Griffith and Initiated a deprivation of the Plaintiff rights under the color of law on 11/09/2024 by filing a false affidavit with the Justice Court in Simpson County, Mississippi and was not the owner of the real property. The Defendant sought and found the Simpson County Animal Control Official Michael Andrews to conspire to violate the Plaintiff rights on 11/10/206. View Document 45

2. The Defendants Jim Griffth filed a criminal affidavit for several criminal statute violations to get the Plaintiff business property removed from the real property that was owned by Jerry

Griffith. The Defendant had conversation and plan and agreed with the Sheriff Department in Simpson, County and the Animal Control Official Michael Andrews to oppress, intimidate, and threaten the Plaintiff under the color of law to obtain possession of the Plaintiff Business Property and Real Property on 11/10/2024.

3. The Animal Control Official Michael Andrews knowingly abused the Authority of the State of Mississippi and Simpson County, Mississippi to conspire with the Defendant under the color of law to seize and detain under false pretenses the business property of the Plaintiff on 11/10/2024

4. The Defendant Jim Griffith knowingly sought and found Michael Andrews to deprive the Plaintiff of Business property on 11/10/2024

5. The Defendant Jim Griffith and Michael Andrews agreed to falsely report a crime to justify the seizure of the business animals of the Plaintiff Business Property on 11/13/2024.

6. The Defendant Jim Griffith and Michael Andrews agreed to unlawfully report a crime to law enforcement in order to seize the Business Animals of the Plaintiff on 11/13/2024 and to deprive the Plaintiff of business property without due process under the color of law

7. The Defendant Michael Andrews had the knowledge of evictions and seizure of animals procedures and should have known that it requires a court order to remove the Plaintiffs property. The Defendant Jim Griffith and Animal Control Michael Andrews unreasonably seized the Plaintiff business property.

8. The defendants Jim Griffith and Michael Andrews illegally and without a warrant seized the Plaintiff business property without probable cause on 11/10/2024.

9. The Defendant Jim Griffith sought and found L.Wesley Broadhead to conspire to obtain the Plaintiff Real Property and to Conspire against the Plaintiffs business property rights with an Additional Simpson County, Mississippi know Official and the Defendants intentionally induce reliance and improperly transfer ownership of Plaintiff Property and to intimidate, oppress and threaten the Plaintiff under the color of law.

10. The defendant Jim Griffith sought and found L.Wesely Broadhead to willingly join the conspiring against the Plaintiff rights and to facilitate the filing of corrupt legal records on 03/19/2024 and on 03/18/2024

11. The Defendants Jim Griffith and L.Wesley Broadhead initiated the conspiracy to Cheat the

Plaintiff out of Business Property estimated value of $40,000.00 to $375,000.00 on 03/19/2024 and 03/18/2024.

12 The Defendant Jim Griffith owner of Griffith Holding & Financial Services, LLC initiated the conspiracy against the Plaintiff rights and to deprive the Plaintiff of Business by obtaining the ability to purchase a property at tax sale and by receiving all the tax notices from the Chancery Clerk of Simpson County, Mississippi.

13.The Defendant L.Wesley Broadhead sought and found the Simpson County, Mississippi prosecutor Him or Herself or the deputy prosecutor or a replacement to conceal his identity(L.Wesley Broadhead) and to facilitate the filing of false affidavit and the filing of a false default judgement and to present fraudulent deeds from the default judgements to the Justice Court of Simpson County, Mississippi to convict the Plaintiff of false criminal offenses under the color of law.

14. The Defendant L.Wesley Broadhead with the Prosecutor of Simpson County, Mississippi initiated a defense of the defendant Jim Griffith and Griffith Holding & Financial Services,LLC from criminal affidavits filed by the Plaintiff and the defendant conspired against the Plaintiff rights under the color of Law within the County of Simpson Mississippi.

15 The Defendant L.Wesely Broadhead and the Simpson County Mississippi prosecutor suppressed and ignored easily discoverable evidence and engaged in deprivation of rights of the Plaintiff rights under the color of law.

16 The Defendant L.Wesely Broadhead and the Prosecutor of Simpson County Mississippi devised a scheme with Justice Court Judge Charles Savell(not a defendant in civil filing) to obtain money, property or personal advantages by means of materially false and false representation for the purpose of to obtain real property for the defendant Jim Griffith owner of Griffith Holding & Financial Services,LLC and to cause the false arrest of the Plaintiff and to oppress and threaten the Plaintiff from exercising his legal rights under the color law

17. The Defendant L.Wesley Broadhead and Charles Savell(not named defendant) and the Prosecutor of Simpson County, Mississippi provided advice and defended the Defendants Jim Griffith and Griffith Holding & Financial Services in matter connected to their official duties and is the private practicing of Law while serving in Official Capacity under the color of law.

18. Charles Savell allowed the Defendant L.Wesely Broadhead to file a false civil filing on 03/18/2024,03/19/2024 and to obtain default judgement near the date of 05/14/2024 and present the default judgement to the Justice Court in Simpson County Mississippi and the Justice Court Judge Charles Savell initiated the conviction of false criminal offense against the Plaintiff on 11/14/2024 under the color of law.

19. Charles Savell and L. Wesely Broadhead and the Prosecutor of Simpson County Mississippi initiated the conspiracy to interfere with the Plaintiff Civil Rights under the color of law and by convicting the Plaintiff for property related crimes on property that the Plaintiff owns and the defendants initiated the corruption of Legal Records and to initiate the non prosecution of the defendant for charges filed against the defendant by the Plaintiff and to corrupt the fairness of the judicial process with evidence that includes: voluntary written confession and written confession video evidence and documented action of who,when,where,why and how the Plaintiff property was removed on 11/10/2024. View Document

20. The defendant Jim Griffith and Griffith Holding & Financial Services and L.Wesley Broadhead and the prosecutor of Simpson County Mississippi and Sheriff Deputy Allen Moore plan and agreed to conspire to interfere with the Plaintiff rights on 06/02/2024 by allowing Defendant to remove and destroy personal property that belonged to the Plaintiff(overt in furtherance)

21. The Defendant Jim Griffith and Griffith Holding & Financial Services,LLC and the prosecutor of Simpson County Mississippi knew that the Real Property belonged to Jerry Griffith at the initiation of the criminal offenses against the Plaintiff on 11/13/2024 and L.Wesley Broadhead initiated the illegal transfer of the Plaintiff property and the defendants knew that Jerry Griffith was the owner of the real property and ignored the Chancery Clerk of Simpson County Mississippi Records that shows the Plaintiff owns the property and ignored the Clerk Records that shows the Defendant Jim Griffith and Griffith Holding & Financial Services was intercepting the Chancery Clerk Records and the Defendant L.Wesley Broadhead and Jim Griffith coordinated and by influence and instruction and actions initiated the conspiracy to interfere with the Plaintiff Civil Rights and initiated the actual violations of the Constitutional Rights of the Plaintiff and the Defendant Charles Savell and L.Wesley Broadhead, the prosecutor of Simpson County Mississippi and the Sheriff Department in Simpson County Mississippi achieve the unconstitutional objective of violating the real property and civil rights of the Plaintiff

22. The Defendants L.Wesely Broadhead and Jim Griffith and Griffith Holding & Services,LLC was presented with a documents showing the defendant Jim Griffith had contact with a named defendant in two civil filing in a Mississippi Court and did not correct nullify or vacate the false complaint and continued a overt in furtherance by filing false civil answers in a civil filing and denying that the defendant Jim Griffith and L.Wesley Broadhead and Griffith Holding and Financial Services,LLC did violate Mississippi Rules of Civil Procedure and filed false affidavits.
View Document 1A

23. The Document the Plaintiff provided to the Defendants Jim Griffith and L.Wesley Broadhead showing the date and time the Defendant Jim Griffith contacted and had a conversation with a named defendant during a false civil filing in a Mississippi Court filed by the Defendants. View document 1A.

24. Charles Savell and L.Wesley Broadhead and the Prosecutor of Simpson County Mississippi engaged in dishonesty, deceit and misrepresentation of facts of law and engage in conduct prejudicial to the administration of Justice by depriving the Plaintiff of constitutional rights and business property and personal property under the color of Law. L.Wesley Broadhead filed false affidavit between 03/18/2024 and 05/15/2024 and continued to file false affidavit starting on 05/14/2026 the defendant filed additional false civil filing and conspired as the prosecutor of Simpson County Mississippi and with the prosecutor of Simpson County Mississippi to Violate the Plaintiff rights and to corrupt the fairness of the Judicial Process. Charles Savell conspired with the defendant L.Wesley Broadhead to oppress, intimidate and threaten the Plaintiff with pending False criminal offense under the color of law.

25. Charles Savell and L.Wesley Broadhead and the Prosecutor of Simpson County Mississippi intentionally prosecuted a charge against the Plaintiff that individual knew was a false criminal offense. Charles Savell and L.Wesley Broadhead and the Prosecutor in Simpson County Mississippi knew the action lacked probable cause and engaged in evidence concealing under the color of law.

26. Charles Savell and L.Wesley Broadhead and the Prosecutor of Simpson County Mississippi and the Justice Court Clerk of Simpson County Mississippi and the deputy Justice Court Clerk of Simpson County Mississippi deprive the Plaintiff of rights under the color law and knowingly permitted a conflict of interest ridden environment.

27. The Board of Supervisor of Simpson County Mississippi and the Chancery Clerk Tim Gray failed to supervise the prosecutor of the Justice Court of Simpson County Mississippi and failed to prohibit the prosecutor and sheriff from engaging in using their Official Position to defend the defendant Jim Griffith against criminal offense and using the public office to benefit the Jim Griffith and Griffith Holding & Financial Services,LLC a private clients of L.Wesley Broadhead from criminal affidavits filed by the Plaintiff and failed to strictly prohibit the use of public office for monetary benefit.

28. The Defendant Jim Griffith and Griffith Holding & Financial Services,LLC and L.Wesley Broadhead and L.Wesley Broadhead,LTD and the Board of Supervisor in Simpson County Mississippi received a Notice to Promptly Notify the Court of the False Civil Filing and Documentation of the Defendants Jim Griffith and L.Wesley Broadhead actions of Falsifying 36 civil pleadings.

29. The Defendant L.Wesley Broadhead sought and found Charles Savell and the prosecutor of Simpson County Mississippi to initiate the deprivation of the Plaintiff rights under color of law by willful participating in the oppressing of evidence showing the Plaintiff is the legal owner of the real property and L.Wesley Broadhead and Charles Savell and the prosecutor of Simpson County Mississippi are legally trained to apply the law and L.Wesley Broadhead knew the Defendant Jim Griffith and Griffith Holding & Financial Services,LLC had a void ab initio conveyance of land sold for taxes and conspired to give ownership of the Plaintiff property by a

criminal conviction on 11/14/2024

30. The Defendant L.Wesley Broadhead has sufficient knowledge of Miss. Code 27-43-3 and the Statutory required notices requirements and had knowledge fo the filed the land conveyance of land sold for taxes document/record that has the same address as the Defendant Jim Griffith and Griffith Holding & Financial Services,LLC and knew that without the owner of the property receiving the tax notices the conveyance of land sold for taxes document/record is void ab initio and the Defendant Jim Griffith owner of Griffith Holding & Financial Services,LLC provided the address to the Chancery Clerk of Simpson County Mississippi to intercept and initiate the conspiracy to deprive the Plaintiff of rights and Commercial Property

31. The Defendants Board of Supervisor and Tim Gray (Chancery Clerk) conspired with L.Wesley Broadhead and the prosecutor of Simpson County Mississippi to conspire against the Plaintiff right and real property right and to relieve the County and the County Officials of the liability of taking and carrying away the Plaintiff Business property and the unlawful transfer of the Plaintiff real property and to force the Plaintiff out of a legal rights.

32. The defendants L.Wesley Broadhead and Jim Griffith and Griffith Holding and Financial Services,LLC and the prosecutor of Simpson County Mississippi engaged in acts of deprivation of the Plaintiff property without due process under the color of law and agreed and Planned at the Simpson County Mississippi Sheriff Department and at the Justice Court in Simpson County Mississippi and by fax and by presenting false documents in the Justice Court in Simpson County Mississippi and with Actual Malice and with reckless disregard for the truth of the Plaintiff Ownership of Real Property and Business Property.

33. The Defendant L.Wesely Broadhead and Jim Griffith and Griffith Holding & Financial Services,LLC acted with premeditated malice on 03/18/2024 and on 03/19/2024 and between 02/07/2024 and 11/14/2024 acted with Express Malice and reckless disregard for the truth by filing 36 false pleading and the defendant Jim Griffith and Michael Andrews agreed to file false affidavits on 11/13/2024.

34.The Defendants employed by Simpson County Mississippi and work or accept pay from Simpson County Mississippi or the State Mississippi actions from 02/07/2024 until and after the transfer of the Plaintiff Real Property and reckless disposal of the Plaintiff Business Property and Personal Property and the control over the Plaintiff Business Property. The Defendants acted with reckless disregard for the truth and reckless negligence and with knowing Falsity deprived the Plaintiff of equal protection under the color of law.

35. The Plaintiff has suffered loss of Home Ownership, Loss of Business, Loss of Property Ownership, Loss of New Business Venture opportunities, Loss of Use of the Commercial Property to offer for lease or rent, Loss of property Value, Humiliation, Embarrassment, Injury to Reputation and Loss of enjoyment of life(interfering with work performance and daily tasks)

36. The Commercial Property and Real Property mentioned is located in Simpson County

Mississippi along Hwy 49 with an address of 2511 Hwy 149 Mendenhall, Ms 39111 and 2517 Hwy 149 Mendenhall, Ms 39114 and the property has two parcels : 105532100000000001600/ 105532100000000001700

37. The Business property mentioned is two business animals carried away on 11/10/2024 and business equipment and the personal property destroyed on 06/03/2024

38. The Commercial Property and Real Property losses of the Plaintiff includes a Residential Home, Two Mobile Home and 2366 sq ft Commercial Building.

39. The Pecuniary Damages, Non Pecuniary Damages, Exemplary Damages, Special Damages and Incident Damages is an amount Exceeding $2,800,000.00

40. The Economic Damages is $370,453.00 and additional $199,000.00 for Commercial Building totaling a demand of $ 569,453.00

41. The Non- Pecuniary Damages and Non Economic Damages is $2,800,000.00

## RELIEF GENERAL PRAYER:

**THEREFORE,** Considered for these reasons and facts, the Plaintiff Jerry Griffith files this complaint and demands for judgements against the Defendants, Simpson County Mississippi Employees and the Defendants on attached document 23 and L.Wesley Broadhead and L.Wesley Broadhead,LTD and Jim Griffih and Griffith Holding & Financial Services,LLC for Actual Damages, Compensatory Damages, consequential damages, pecuniary damages, exemplary damages, special damages or punitive damages in an amount exceeding $3,369,453.00

The Plaintiff Requests the Court to exercise Judicial Discretion of referring any criminal activity during this civil filing to the federal prosecutor office or the Department of Justice Civil Rights Division.